[S. F. No. 14424. In Bank.—October 8, 1931.]

GRACE TAKATA, Petitioner, v. RAY L. RILEY, as State Controller, etc., Respondent.

Sullivan, Roche, Johnson & Barry and Brobeck, Phleger & Harrison for Petitioner.

U. S. Webb, Attorney-General, and Ralph O. Marron, Deputy Attorney-General, for Respondent.

THE COURT.—At the close of oral argument the chief justice announced the decision of the court as follows:

The question involved is not new. We have examined it a great many times. On the authority of *Estate of Wellings*, 192 Cal. 506, 519 [221 Pac. 628], *Heron* v. *Riley*, 209 Cal. 507 [289 Pac. 160], *Frank* v. *Maguire*, 201 Cal. 414 [257 Pac. 515], *Buelke* v. *Levenstadt*, 190 Cal. 684 [214 Pac. 42], and cases referred to therein, we are of the view that the title of this act is sufficient to satisfy the requirements of the Constitution. The writ will issue.